
RECEIVED

JUN 2 4 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

---

MARGIE SMART                                    CIVIL ACTION NO. 04-1628

versus                                          JUDGE STAGG

COMMISSIONER OF THE SOCIAL                      MAGISTRATE JUDGE HORNSBY
SECURITY ADMINISTRATION

---

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge

previously filed herein, and having thoroughly reviewed the record, no written objections

having been filed, and concurring with the findings of the Magistrate Judge under the

applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT**

**PREJUDICE** for failure to prosecute.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 23 day of June,

2005.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE